THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Stacey Bing, #1 Appellant.
 
 
 

Appeal From Aiken County
 James C. Williams, Jr, Circuit Court Judge

Unpublished Opinion No. 2005-UP-504
Submitted August 1, 2005  Filed August 24, 2005   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Targgart, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, of Columbia, and Solicitor Barbara R. Morgan of Aiken, for Respondent.
 
 
 

PER CURIAM:  Stacy Bing appeals his guilty plea for the offense of possession of crack cocaine, arguing the trial judge failed to comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969), in accepting the plea.  Pursuant to Anders v. California, 386 U.S. 738 (1967) Bings counsel attached a petition to be relieved, stating she reviewed the record and concluded this appeal lacks merit.  No separate pro se brief was filed.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Bings appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.[1]
 GOOLSBY, BEATTY, and SHORT, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.